308 N.Y. 823 (1955)
The People of the State of New York ex rel. Arthur G. Marsh, Respondent,
v.
Walter B. Martin, as Warden of Attica State Prison, Appellant.
Court of Appeals of the State of New York.
Argued January 14, 1955.
Decided March 3, 1955
J. Bruce MacDonald and Raymond B. Madden for appellant.
James R. Cannon and Arthur G. Marsh, in person, for Arthur G. Marsh, respondent.
Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.
Order affirmed; no opinion.